# United States District Court
# Eastern District of California

| | |
|---|---|
| Jane IB Doe<br>Plaintiff(s)<br><br>V.<br><br>**The Church of Jesus Christ of Latter-day Saints, et al.**<br>Defendant(s) | Case Number: 1:26-cv-05792-KES-CDB<br><br>APPLICATION FOR PRO HAC VICE<br>AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gregory Taylor hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Defs The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints**

On 03/28/2022 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/03/2026 Signature of Applicant: /s/ Gregory Taylor

**Pro Hac Vice Attorney**

Applicant's Name: Gregory Taylor

Law Firm Name: LARSON LLP

Address: 900 17th Street NW

Suite 200

City: Washington State: DC Zip: 20006

Phone Number w/Area Code: (202) 795-4900

City and State of Residence: Washington, D.C.

Primary E-mail Address: gtaylor@larsonllp.com

Secondary E-mail Address: __________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rick Richmond

Law Firm Name: LARSON LLP

Address: 555 South Flower Street

30th Floor

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (213) 436-4888 Bar # 194962

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 8, 2026

U.S. Magistrate Judge Christopher D. Baker