# United States District Court
# Eastern District of California

JANE IB DOE

Plaintiff(s)

V.

The Church of Jesus Christ of Latter-Day Saints, et al.

Defendant(s)

Case Number: 1:26-CV-05792-KES-CDB

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, CARMEN S. SCOTT hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PLAINTIFF JANE IB DOE

On 11/15/1999 (date), I was admitted to practice and presently in good standing in the SOUTH CAROLINA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/11/2026 Signature of Applicant: /s/ Carmen S. Scott

**Pro Hac Vice Attorney**

Applicant's Name: CARMEN S. SCOTT

Law Firm Name: MOTLEY RICE LLC

Address: 28 BRIDGESIDE BLVD.

City: MT. PLEASANT State: SC Zip: 29464

Phone Number w/Area Code: (843) 216-9000

City and State of Residence: MT. PLEASANT, SC

Primary E-mail Address: cscott@motleyrice.com

Secondary E-mail Address: spalmer@motleyrice.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: JENNA N. FORSTER

Law Firm Name: MOTLEY RICE LLC

Address: 1440 BROADWAY

SUITE 206

City: OAKLAND State: CA Zip: 94612

Phone Number w/Area Code: (510) 368-7686 Bar # 345746

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 14, 2026

U.S. Magistrate Judge Christopher D. Baker